FILED
CLERK, U.S. DISTRICT COURT
05/05/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: RAM  DEPUTY

BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorney
Domestic Security & Immigration Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3989
    Facsimile: (213) 894-0141
    E-mail: Joseph.Tursi@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

LODGED
CLERK, U.S. DISTRICT COURT
05/05/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: AP  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:25-mj-00272 |
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF JOSEPH W. TURSI |
| v. | |
| MIGUEL ANGEL LOPEZ-MUNGIA, | **(UNDER SEAL)** |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Joseph W. Tursi, hereby applies ex parte for an order that the government's criminal complaint and affidavit in support thereof, arrest warrant, and notice of request for detention, as well as this ex parte application and proposed order, be filed under seal.

This ex parte application is based upon the attached declaration of Joseph W. Tursi.

Dated: May 5, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*/s/ Joseph W. Tursi*
JOSEPH W. TURSI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF JOSEPH W. TURSI**

I, Joseph W. Tursi, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. The government requests leave to file its criminal complaint and affidavit in support thereof, arrest warrant, and notice of request for detention (the "Documents"), along with this ex parte application and proposed order, under seal. Defendant has not been taken into custody on the charge contained in the complaint and has not been informed that he is being named as a defendant. If the Documents were publicly available, that may result in defendant being notified and fleeing from prosecution and an increased risk in safety to the law enforcement officers who are tasked with executing the arrest warrant.

3. Accordingly, the government requests that the Documents and this ex parte application and proposed order be sealed and remain so until defendant is arrested and taken into custody on the charge contained in the criminal complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 5, 2025.

/s/ Joseph W. Tursi
Joseph W. Tursi